# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1316**  **September Term, 2024**

SEC-2023-13

**Filed On:** May 30, 2025

Casey H. Nelson, (Claimant No. 4),

    Petitioner

    v.

Securities and Exchange Commission,

    Respondent

**BEFORE:**    Henderson, Millett, and Childs, Circuit Judges

## O R D E R

Upon consideration of the court's order to show cause why the opinion filed April 25, 2025, should not be unsealed, the public joint response, and the sealed joint response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the identifying information requested by the parties be removed from the sealed opinion issued on April 25, 2025, and a fully public version of the opinion be reissued. The Clerk is directed to release the reissued opinion publicly.

### Per Curiam

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

    BY:    /s/
           Daniel J. Reidy
           Deputy Clerk